UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :          **ORDER TO STRIKE**
                                  :
**Carl Henry,**                   :          7-23-cr-00190 PMH
              Defendant.          :
                                  :
-------------------------------------------------------------x

    The Rescheduling Oder docketed on September 6, 2023 (Doc. 26) inadvertently misstated which party requested the adjournment.  Accordingly, the Court respectfully directs the Clerk of Court to strike document number 26 from the docket but retain the summary docket text for the record.

    A revised scheduling order will follow.

White Plains, New York
Dated: September 6, 2023        SO ORDERED:

                                                        Philip M. Halpern, U.S.D.J