UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Carl Henry,**
                Defendant.

-----------------------------------------------------------x

**RESCHEDULING ORDER**

7-23-cr-00190 PMH

At the Government's request and with Defendant's consent, the Sentencing in this matter scheduled for September 7, 2023 is adjourned until **September 26, 2023 at 11:00 a.m.** It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

White Plains, New York
Dated: September 6, 2023

SO ORDERED:

_____
Philip M. Halpern, U.S.D.J