**LAW OFFICES OF**
**KOFFSKY & FELSEN, LLC**
1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

**Via ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Defendant's application will be considered on the April 4, 2024 sentencing date after the Court hears from the parties. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse on April 4, 2024 at 2:30 p.m.
>
> The Clerk of the Court is respectfully directed to terminate the pending letter-motion (Doc. 31).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        March 26, 2024

      RE: **United States v. Carl Henry**
            **Case No.: 7:23CR00190(PMH)**

Dear Judge Halpern:

      The undersigned was appointed to represent [Mr. Henry in the above referenced matter.] Mr. Henry is currently scheduled to be sentenced [on April 4, 2024. By this letter, I] respectfully request that the Court adjourn the defendant's sentencing 90 days to July 8, 2024, or a date thereafter convenient for the Court. I make this request because Mr. Henry was indicted on racketeering conspiracy and other violent charges in the matter of U.S. v. Massop, et al, 7:23-cr-00454 (VB) which is pending before the Honorable Vincent Briccetti. The Indictment in the racketeering matter alleges conduct that occurred between January 2019 and the present and as a result, subsumes the timing of the offenses in this Court's Indictment. Undersigned counsel has begun discussions with the government relative to resolving the new Indictment short of trial and respectfully requests that sentencing in this Court's matter not proceed until those discussions have run their course.

      I have discussed this application with A.U.S.A. Benjamin Arad, who have informed me that the government has no objection to this request.

      For the above stated reasons, I respectfully request that the Court adjourn the defendant's sentencing as requested.

                            Respectfully submitted,

                            __/s/ *Bruce D. Koffsky*__
                            Bruce D. Koffsky

BDK/ls
cc:    All Counsel of record