LAW OFFICES OF
## KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

> Application granted. The sentencing hearing is adjourned to April 9, 2024 at 2:30 p.m. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.
>
> The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 33).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             March 27, 2024

**Via ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> **RE:    United States v. Carl Henry**
> **Case No.: 7:23CR00190(PMH)**

Dear Judge Halpern:

The undersigned was appointed to represent Mr. Carl Henry in the above-captioned matter. Mr. Henry is currently scheduled to be sentenced before the Court on April 4, 2024, at 2:30 p.m. On March 25, 2024, the undersigned respectfully moved to continue the defendant's sentencing to a date 90 days from the currently scheduled date for reasons identified in the undersigned's letter motion.  The Court indicated that it intended to take up the motion to continue after hearing from the parties and maintained the April 4, 2024, hearing date.  The undersigned now moves to continue the sentencing date from April 4, 2024, to the following week at a time convenient to the Court.  The reason for this application is because the undersigned has been given an opportunity to vacation out of District with members of his family and the opportunity is only available April 2nd through April 5th.  If the sentencing hearing is continued to the following week, that will enable the undersigned to travel with his family.

I have discussed this application with A.U.S.A. Benjamin Klein, who have informed me that the government has no objection to this request and is available the week requested.

For the above stated reasons, I respectfully request that the Court continue the defendant's sentencing date as requested.

Respectfully submitted,

__/s/ *Bruce D. Koffsky*__
Bruce D. Koffsky

BDK/ls
cc:    All Counsel of record