UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :         **ORDER**
                                   :
CARL HENRY,                        :         7-23-cr-00190 PMH
                                   :
            Defendant.             :
------------------------------------------------------------x

A Sentencing Hearing was scheduled for June 20, 2024 at 2:30 p.m. The United States Marshals advised the Court this morning that Mr. Henry refused transport to the White Plains Courthouse for the sentencing. Accordingly, the Sentencing Hearing is re-scheduled to June 21, 2024 at 11:00 a.m. in Courtroom 520 of the White Plains Courthouse.

**SO ORDERED:**

Dated:   White Plains, New York
         June 20, 2024

_____
Philip M. Halpern, U.S.D.J