UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :   **ORDER**
                                :
CARL HENRY,                     :   7-23-cr-00190 PMH
                                :
            Defendant.          :
------------------------------------------------------------x

     A Sentencing Hearing is scheduled for June 21, 2024 at 11:00 a.m. in Courtroom 520 of the White Plains Courthouse.

     IT IS HEREBY ORDERED that, in the event that CARL HENRY refuses to comply with a directive designed to effectuate his transport to White Plains Federal Court in the above-referenced matter, Bureau of Prisons personnel and/or U.S. Marshals Service personnel may use such force as is reasonably necessary to effectuate such directive.

**SO ORDERED:**

Dated:    White Plains, New York
             June 20, 2024

                                                  _____
                                                  Philip M. Halpern, U.S.D.J