UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :     **ORDER**
                                   :
CARL HENRY,                        :     7-23-cr-00190 PMH
                                   :
            Defendant.             :
-----------------------------------------------------------x

The Sentencing Hearing scheduled for June 21, 2024 at 11:00 a.m. is adjourned to July 17, 2024 at 4:00 p.m. in Courtroom 520 of the White Plains Courthouse.

IT IS HEREBY ORDERED that, in the event that CARL HENRY refuses to comply with a directive designed to effectuate his transport to White Plains Federal Court in the above-referenced matter, Bureau of Prisons personnel and/or U.S. Marshals Service personnel may use such force as is reasonably necessary to effectuate such directive.

**SO ORDERED:**

Dated:   White Plains, New York
         June 20, 2024

_____
Philip M. Halpern, U.S.D.J